## BROWN *et al. vs.* BOYNTON.

1. A defendant is in diligence bound to plead to an action at law every defence, legal or equitable, which he may have to such action. Where he can obtain ample and complete relief by equitable plea, if he fails to set up such defence, he will be concluded by the judgment; but where a new party is necessary, and full relief cannot be had at law, equity will grant relief even after judgment. 45 *Ga.*, 17; 55 *Ib.*, 630; 54 *Ib.*, 364; 56 *Ib.*, 222; 52 *Ib.*, 469.

(*a.*) Heirs at law had recovered a verdict in ejectment against one in possession of land under a void sale by an administrator of the

estate of the decedent. The defendant in ejectment filed his bill, alleging that one of the heirs had bought at administrator's sale, and he and the administrator had procured complainant to take the property in his stead, stating that everything was regular ; this was done, and a part of the proceeds was applied by the administrator to paying debts of the estate, and the balance was divided among the heirs. A decree requiring title to be made to complainant, or an account and settlement for the purchase money and improvements, was prayed ; also injunction to stop dispossession. Insolvency was alleged :

*Held*, that the administrator was a necessary party, and one who could not be made at law ; and full relief, under such facts, could only be had by a resort to equity.

(*b.*) There was no abuse of discretion in granting the injunction in this case.

September 26, 1882.

SPEER, Justice.